## FRENTRESS V. MOBLEY.

1. PRACTICE. A defendant answering to a petition can not, on the trial, insist upon evidence of facts not therein alleged.

*Appeal from Dubuque City Court.*

SATURDAY, JUNE 9.

*Cooley, Blatchley & Adams* for the appellant.

*Wiltse, Friend & Jennings* for the appellee.

LOWE, C. J.—This case involves a single question of practice.

The suit is founded upon two certificates of deposit, one calling for $300, the other for $350, both dated 31st July, 1858, payable to the order of J. B. Frentress, on the return of the same, assigned by him to plaintiff, and drawn by defendant, due December 10th, 1858, with ten per cent interest from 16th June. The petition describes the certificates and alleges that they are due and still unpaid, and claims the aggregate sum of the two as the measure of his damages, but avers no return of the certificates nor a demand of payment.

The defendant answers and simply denies the allegations of the petition. On the trial no evidence was offered by plaintiff showing that the certificates were returned for payment, or that payment had ever been demanded; and no excuse was shown or offered to be shown for a failure to return the same, and no other evidence was offered by the plaintiff than the certificates aforesaid.

Thereupon defendant, by his counsel, asked the court to instruct the jury that unless they found from the evidence, that the certificates in question had been returned for payment, or that payment had been demanded of the defendant, the plaintiff could not recover; which instruction the court refused to give, and this refusal is now assigned for error in this court.

The state of the pleadings required no such proof.    The defendant having taken issue upon the allegations of the petition, admitted thereby that they constituted a cause of action, and he could not afterward insist that the plaintiff should prove facts *de hors* the record in order to make out his cause of action.

Affirmed.